IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JOSEPH DANIEL PIRESTANI, | § | |
| | § | |
| Cross-Petitioner Below, | § | No. 288, 2018 |
| Appellant, | § | |
| | § | Court Below—Court of Chancery |
| v. | § | of the State of Delaware |
| | § | |
| KEVIN J. REAGAN, | § | C.M. No. 17950-N |
| | § | |
| Petitioner Below, | § | |
| Appellee, | § | |
| | § | |
| and | § | |
| | § | |
| ATTORNEY AD LITEM, | § | |
| | § | |
| Appellee. | § | |

Submitted: May 30, 2018
Decided: June 11, 2018

Before **VAUGHN**, **SEITZ**, and **TRAYNOR**, Justices.

## O R D E R

This 11th day of June 2018, upon consideration of the notice of interlocutory appeal, it appears to the Court that:

(1) On May 30, 2018, the appellant, Joseph Daniel Pirestani, filed a notice of interlocutory appeal from Court of Chancery order, dated March 27, 2018, denying his motion for a jury trial and a Court of Chancery order, dated April 30, 2018, denying his motion for reargument of the March 27, 2018 order. Pirestani

filed an application for certification of an interlocutory appeal on May 10, 2018. The Court of Chancery denied the application for certification on May 18, 2018.

(2)    Applications for interlocutory review are addressed to the sound discretion of the Court[1] and are granted only in exceptional circumstances.[2] In the exercise of our discretion, we have concluded that the application for interlocutory review does not meet the strict standards for certification under Supreme Court Rule 42(b) and should be refused.

NOW, THEREFORE, IT IS HEREBY ORDERED that the interlocutory appeal is REFUSED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice

---

[1] Supr. Ct. R. 42(d)(v).
[2] Supr. Ct. R. 42(b)(ii).

2